PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

**FILED**

JAN 0 8 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

U.S.A. vs. Kavin Patel

Docket No.

[0542 5:16CR00879]-[002] *FB*

## Petition for Action on Conditions of Pretrial Release

COMES NOW  Gilbert Maldonado _____ , pretrial services/probation officer, presenting an official report upon the conduct of defendant    Kavin Patel  _____ ,

who was placed under pretrial release supervision by the  Honorable Henry J. -Bemporad _____ ,

sitting in the court at  San Antonio, Texas _____ on the 29th   date of December , 2016

under the following conditions:

Please see Appearance Bond dated January 3, 2017, Order Setting Conditions of Bond dated December 29, 2016, and Bond Violation - No Action report dated November 14, 2017.

Pretrial Services alleges the defendant violated bond condition number one which states:  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.  The defendant shall report as soon as possible, to Pretrial Services or supervising officer, any contact with any law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 21, 2017, the defendant was arrested by the Galveston Sheriff's Office for driving with license invalid with previous conviction, a misdemeanor B.  He was released on a bond and the charge is pending.  The defendant has not reported this arrest to the U.S. Probation Office in the Houston Division in the Southern District of Texas nor to the U.S. Pretrial Services Office in the San Antonio Division.

Assistant U.S. Attorney Karen Norris was contacted and is in agreement with this recommendation.

PRAYING THAT THE COURT WILL ORDER a warrant for the defendant's arrest be issued so that he may be arrested and brought before the Court to show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/02/2018 _____

### ORDER OF COURT

Considered and ordered this ___4th___ day of ___January___ , __2018__ and ordered filed and made a part of the records in the above case.

_Gilbert Maldonado_____
U.S. Pretrial Services/Probation Officer

Place   Federal Building
727 East Cesar E. Chavez Boulevard, Rm B-636